**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
Bureau of Prisons
4700 BureauRoad South
Terre Haute, IN 47801

Civil Action, File Number __07-1672 RCL__

__Mark L. Neff__
                                                V.
__Bureau of Prisons__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If _____ and you are authorized to receive process, you must indicate under your signature your authority.

_____ days, you (or the party on whose behalf you complaint in any other manner permitted by law.

behalf you are being served) must answer the nt by default will be taken against you for the

ipt of Summons and Complaint By Mail was

USMS Official)

D COMPLAINT

e complaint in the above captioned manner at

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Prisons
4700 Bureau Road South
Terre Haute, IN 47801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _S. Sandusky_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): S SANDUSKY
C. Date of Delivery: 09-24-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 5747

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

ber and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

RECEIVED
SEP 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 4 - USMS District Suspense