**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-1672 RCL__

__Mark L. Neff__

V.

__Bureau of Prisons__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [...] purpose. Keep copy 3 for your records.

[...] NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [...] other entity, you must indicate under your signature your relationship to that entity. If [...] authorized to receive process, you must indicate under your signature your authority.

[...] 2 of this form to the sender within ____ days, you (or the party on whose behalf you [...] incurred in serving a summons and complaint in any other manner permitted by law.

[...] of this form, you (or the party on whose behalf you are being served) must answer the [...] were sent. If you fail to do so, judgment by default will be taken against you for the

[...] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

---

[...] OF RECEIPT OF SUMMONS AND COMPLAINT

[...]ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

**RECEIVED**
**OCT 4 - 2007**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

--- 

(Attached PS Form 3811 Domestic Return Receipt, February 2004:)
- A. Signature — X ☐ Agent ☐ Addressee
- B. Received by (Printed Name) / C. Date of Delivery — SEP 26 2007
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes
- 2. Article Number: 7004 2510 0003 7140 2930

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530