**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia_____

TO:
Daniel L. Knappmeyer
Supervisor, US Probatin Officer
108 US Courthouse
600 East Monroe
Springfield, MI IL 62901

Civil Action, File Number __07-1672 RCL__

__Mark L. Neff_____
V.
__Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within _____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_____     _____
Date of Signature                                                               Signature (USMS Official)

07-1672   JKT   9-27-07

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Cathy Reichart<br>☒ Agent<br>☐ Addressee | |
| | B. Received by (Printed Name)<br>Cathy Reichart | C. Date of Delivery<br>10-2-07 |
| 1. Article Addressed to:<br><br>Daniel L. Knappmeyer<br>Supervisor, US Probation Office<br>108 US Courthouse, 600 East Monroe<br>Springfield, IL 62901 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label)   7004 2510 0003 7140 3906 | | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | | |

COMPLAINT
complaint in the above captioned manner at

...er and Street Name or P.O. Box No.

...d Zip Code

**RECEIVED**

OCT 5 - 2007

to Entity/Authority to Receive
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

...ocess

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Harrell Watts, Administrator
320 First Street, NW
Washington, DC 20534

Civil Action, File Number __07-1672  RCL__

__Mark L. Neff__
V.
__Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

(behalf you are being served) must answer the
(by default will be taken against you for the)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Harrell Watts, Administrator
320 First Street, NW
Washington, DC 20534

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Sharon Hoyle_    ☒ Agent  ☐ Addressee
B. Received by (Printed Name): Sharon Hoyle
C. Date of Delivery: 10/2/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0003 7140 3937

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

of Summons and Complaint By Mail was
(IS Official)
OMPLAINT
mplaint in the above captioned manner at
and Street Name or P.O. Box No.
Zip Code

Signature

**RECEIVED**
Relationship to Entity/Authority to Receive
OCT 5 - 2007
Service of Process
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
Date of Signature

Form USM-299
(Rev. 6/95)