CLERK'S OFFICE
U.S. DIST. COURT
FOR THE DIST. of Columbia
U.S. COURTHOUSE
333 CONSTITUTION AVE, N.W.
WA DC 20001

October 20, 2007

Mark C. Neff
#09244-026
P.O. Box 33
Terre Haute, IN 47808

**RECEIVED**
OCT 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: NEFF v BUREAU OF PRISONS, 07-~~cv~~-1672 RCL

Dear Clerk,

I received the judges Order in regards to a payment schedule per forma pauperis status. I have tried to submit a money request form for the $14.57 [but I have heard nothing since] to be sent to your office. I found out that the authorized correctional institution officer, Mr. Gayman, is being made to answer a BP-8 I have filed in regards of getting a copy of the invoice showing the price paid for an item I in April (item 1.40) and in May ($2.65; $1.25 mark up). I have pending filings against Mr. Gayman and I believe that the partial filing fee Order is intentionally being ignored, maybe thinking that the case won't go forward.

The judge or somebody, you maybe, can place a call here asking about the Order received here on Sept. 25, 07. I got it that day, so it stands to reason, this INSTITUTION received it also.

The delay in paying the partial filing fee is due to no fault on my part. I believe the delay is intentional on the part of the authorized correctional institution Officer, Mr. Cayman, assuming that the case won't go forward until the filing fee is received or being told not to process the Court's Order. Either way, I have no control over my account because only staff have access to the computers. All I can do is submit a money request form and only staff have access to the computers to process them.

Please inform me if I need to do something in regards of having the institution send the filing fee and obey the 20% deduction from the [$10.00 minimum] preceeding months income credited.

Thank you for your assistance.

Respectfully yours,

*Mark L. Neff*

Mark L. Neff

-2-