IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 07-1672 RCL

MARK NEFF,

    Plaintiff,

v.

BUREAU OF PRISONS, ET AL.,

    Defendants.

## WAIVER OF SERVICE OF SUMMONS AND COMPLAINT

TO:  MICHAEL K. NALLEY

    I hereby acknowledge that I have received a copy of the summons and complaint in the above-captioned civil action in which I have been named as a defendant/respondent.

    I hereby agree to waive being personally served with the summons and complaint in the above-captioned civil action as provided for in the Federal Rules of Civil Procedure.

    I hereby state that I retain all defenses and/or all objections to the captioned civil action and/or all defenses and/or all objections to the jurisdiction and/or venue of the court except defenses and/or objections relating to a defect in the service of the summons and complaint.

Date: 10-22-07    Signature: _____

                      Print/type your name:  Michael K. Nalley

**You are encouraged under the Federal Rules of Civil Procedure and federal statutes to cooperate in saving unnecessary costs of service of the summons and the complaint.**

# RECEIVED

OCT 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT