UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK L. NEFF, ) | |
| ) | |
| Plaintiff pro se, ) | C. A. No.: 07-1672 (RCL) |
| ) | |
| v. ) | |
| ) | |
| BUREAU OF PRISONS, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**FIRST MOTION FOR ENLARGEMENT**
**OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants Bureau of Prisons, Richard Carroll, Daniel Knappmeyer, Ms. Ray, R.V. Veach, Michael K. Nalley, and Harrell Watts, by counsel, move for a sixty (60) day enlargement of time in which to respond to plaintiff's complaint. The requested enlargment is merited for the following reasons:

1. Plaintiff pro se is a prisoner in the U.S. Penitentiary in Terre Haute, Indiana, and has filed this case against defendants based up their alleged involvement in the inclusion of false information in plaintiff's presentence investigation report.

2. The individual defendants in this case are located in the District of Columbia, Kansas, Missouri, and Indiana, and at this point they have not yet obtained individual capacity representation authority from the Department of Justice, although requests for representation authority have been made .

3. Defendants, therefore, request a sixty day enlargement of time so that the representation process can be completed and a decision made as far as representation is

concerned.

4. The requested sixty day enlargement of time for the filing of defendants' responses to the complaint would be in the interests of justice and would not prejudice plaintiff pro se in this matter. Undersigned counsel was unable to contact plaintiff pro se to obtain his position on this first request for an enlargement to respond to the complaint, because plaintiff pro se is presently incarcerated.

Wherefore, defendants move that they be allowed to file their response to the complaint in this case on or before January 28, 2008.

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


__/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

Mark Neff
R09244-026
P.O. Box 33
Terre Haute, IN 47808


this 27th day of November, 2007.


_____//_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK L. NEFF, | ) |
| | ) |
|     Plaintiff pro se, | )    C. A. No.: 07-1672 (RCL) |
| | ) |
| v. | ) |
| | ) |
| BUREAU OF PRISONS, et al. | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## ORDER

**UPON CONSIDERATION** of defendants's first motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before January 28, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.