UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK L. NEFF, | ) |
|     Plaintiff pro se, | ) C. A. No.: 07-1672 (RCL) |
| v. | ) |
| BUREAU OF PRISONS, et al. | ) |
|     Defendants. | ) |

**SECOND MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

    Defendants Bureau of Prisons, Richard Carroll, Daniel Knappmeyer, Ms. Ray, R.V. Veach, Michael K. Nalley, and Harrell Watts, by counsel, move for an additional thirty (30) day enlargement of time in which to respond to plaintiff's complaint. The requested enlargment is merited for the following reasons:

    1. Undersigned counsel just received the necessary documentation, including representation authority, to support a dispositive motion on defendants' behalf on January 25, 2008, the last business day preceding the date of filing defendants' second motion for enlargement of time to respond to the complaint in this case.

    2. Defendants, therefore, request an additional thirty days in which to review the aforementioned documentation and to prepare a dispositive motion.  Undersigned counsel requests thirty days so that he can prepare this dispositive motion in addition to addressing responsibilities in his other cases.

    3. The requested thirty day enlargement of time for the filing of defendants' responses to

the complaint would be in the interests of justice and would not prejudice plaintiff pro se in this matter. Undersigned counsel was unable to contact plaintiff pro se to obtain his position on this first request for an enlargement to respond to the complaint, because plaintiff pro se is presently incarcerated.

Wherefore, defendants move that they be allowed to file their response to the complaint in this case on or before February 27, 2008.

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


__/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

Mark Neff
R09244-026
P.O. Box 33
Terre Haute, IN 47808

this 28th day of January, 2008.

                                                              _____//_____
                                            ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK L. NEFF, | ) |
| | ) |
|     Plaintiff pro se, | )  C. A. No.: 07-1672 (RCL) |
| | ) |
| v. | ) |
| | ) |
| BUREAU OF PRISONS, et al. | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## ORDER

**UPON CONSIDERATION** of defendants' second motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before February 27, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.