UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK L. NEFF,** | ) |
| **Plaintiff pro se,** | ) C. A. No.: 07-1672 (RCL) |
| v. | ) |
| **BUREAU OF PRISONS, et al.** | ) |
| **Defendants.** | ) |

## ORDER

**UPON CONSIDERATION** of defendants' second motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before February 27, 2008.

                                                                                                             /s/
                                                U.S. District Judge Royce C. Lamberth

Dated: January 29, 2008.