UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK L. NEFF,  )
   Plaintiff,  )
           )
v.  )  C.A. No. 07-1672(RCL)
           )
BUREAU OF PRISONS, ET AL.,  )
   Defendants.  )

## MOTION IN OPPOSITION FOR ENLARGEMENT OF TIME BY THE DEFENDANTS

Plaintiff submits this motion in opposition to the Defendants requests for a second enlargement of time and states the following:

1. Plaintiff filed his complaint against the defendants on 9/21/07, claiming that the defendants[BOP] willfully declined to verify the challenge to the reply[submitted by the USPO Daniel Knappmeyer] wherein plaintiff alleges that the information supplied by the USPO is fraudulent and not found in the 1990 USSG Manual, as he claims it is.

2. This is the defendants second request for a time enlargement whereas, they were granted a time enlargement up and to 1/28/08. The defendants did not give notice to the plaintiff that they sought a first time extention. The defendants' counsel claims this was due to the plaintiff, pro se, was incarcerated. This claim is shallow, as plaintiff is incarcerated in the same place as when the complaint was filed. The defendants certainly served notice for this second time enlargement and plaintiff opposes their request.

3. The defendant's were granted a time extention to file their response to the claim up and until 1/28/08. They failed to abide by the court's order and instead files this motion for time enlargement for the purpose of allegedly receiving documents to assist them in preparing a response. Plaintiff position is that this motion is filed in bad faith for the following reasons:

**RECEIVED**

FEB 7 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. This is a simple case with a simple question that is readily assertainable.

2. The Presentence Report cites the 1990 USSG Manual as being used to determine the sentence. Paragraph 26 cites information that is not found in the 1990 Manual.

3. Plaintiff caused the BOP staff, pursuant to Program Statement 5800.11(c), to contact the United States Probation Office in regards to the claim that the PSR contains information that is not found in the 1990 Manual.

4. USPO Knappmeyer replied on 1/30/07, attaching to his letter copies from the amended 1991 Manual passing them off as comimg from the 1990 Manual. This constitued his third reply. See:Exhibit 2,Complaint.

5. Plaintiff filed a BP-8 claimimg that the reply contains false information and requested BOP staff to review the reply considering the attachments to the BP-8. BOP staff refused to verify or further investigate and verify the USPO's reply.

6. Plaintiff filed all available remedies and was denied at every level with arogance. See Complaint,Exhibits 2-4.

7. This issue in this case concerns a question of fact. That issue is:
> Does the 1990 USSG Manual contain the information cited at paragraph 26 of the PSR?
>
> The USPO Knappmeyer claims it is, and has at least three times.
>
> Plaintiff claims it is not.

8. This case is simple and does not require the defendants to keep seeking time enlargements. The only defense the defendants can possibly claim is that plaintiff's claim is incorrect and the information cited in paragraph 26 is in fact in the 1990 Manual. Any other defense is and would be meritless.

WHEREFORE, Plaintiff opposes a time enlargement for the defendants and requests this Court to DENY their request. If the defendants deny plaintiff's claim and opposes the monetary claim sought through the complaint, that this Court order a trial date to impress upon the defendants that the law is to be respected and will be upheld by the courts when a complaint is presented showing that the law and rights of the plaintiff is being thwarted and willfully being suppressed in violation of the law.

DATED this 4th day of February, 2008.

Respectfully submitted,

Mark L. Neff, Pro Se
09244-026
P.O. Box 33
Terre Haute, IN 47808

## PROOF OF SERVICE

I certify that a copy of the foregoing document was served via first class mail, postage prepaid on:

ALEXANDER D. SHOAIBI, AUSA
501 Third St., N.W., Rm. E-4218
Washington, DC  20530

Mark L. Neff

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK L. NEFF,              )
    Plaintiff,         )
                           )
v.                         )     C.A.No.: 07-1672(RCL)
                           )
BUREAU OF PRISONS, et al., )
    Defendants.        )

### ORDER

UPON CONSIDERATION of Plaintiff's motion in opposition, it is hereby ORDERED that the defendant's motion for time enlargement is **DENIED**.

Since the defendant's have failed to respond by January 28, 2008, a **TRIAL DATE** is set for _____.

                                                  UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.