UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK L. NEFF, </br></br>　　　Plaintiff pro se, </br></br>　v. </br></br>BUREAU OF PRISONS, et al. </br></br>　　　Defendants. | )</br>)</br>)　C. A. No.: 07-1672 (RCL)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

**THIRD MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

　　Defendants Bureau of Prisons, Richard Carroll, Daniel Knappmeyer, Ms. Ray, R.V. Veach, Michael K. Nalley, and Harrell Watts, by counsel, move for an additional thirty (30) day enlargement of time in which to respond to plaintiff's complaint. The requested enlargment is merited for the following reasons:

　　1. Since receiving the supporting documentation and representation authority in this matter at the end of January 2008, conflicting professional and personal commitments, including family health issues, have prevented undersigned counsel from completing a dispositive motion responsive to plaintiff's complaint in this matter.

　　2. Defendants, therefore, request an additional thirty days in which to prepare a dispositive motion.

　　3. The requested thirty day enlargement of time for the filing of defendants' responses to the complaint would be in the interests of justice and would not prejudice plaintiff pro se in this matter. Undersigned counsel was unable to contact plaintiff pro se to obtain his position on this

request for an enlargement to respond to the complaint, because plaintiff pro se is presently incarcerated.

Wherefore, defendants move that they be allowed to file their response to the complaint in this case on or before March 28, 2008.

Respectfully submitted,

\_\_\_/s /_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

Mark Neff
R09244-026
P.O. Box 33
Terre Haute, IN 47808

this 27th day of February, 2008.

_____//_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK L. NEFF,** | ) |
| | ) |
| Plaintiff pro se, | )   C. A. No.: 07-1672 (RCL) |
| | ) |
| v. | ) |
| | ) |
| **BUREAU OF PRISONS, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

**UPON CONSIDERATION** of defendants' third motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before March 28, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.