UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK L. NEFF, )
      Plaintiff pro se, )
      )
v. )    C.A. No.: 07-1672 (RCL)
      )
BUREAU OF PRISONS, et al., )
      Defendants. )

**DECLARATION FOR ENTRY OF DEFAULT**

Mark L. Neff, hereby declares:

I am the plaintiff herein. The complaint herein was filed on 9/21/ , 2007.

The court files and record herein show that the Defendants were served a copy of the Plaintiff's complaint.

More than 20 days have elapsed since the date on which the Defendants herein were served with summons and a copy of Plaintiff's complaint, excluding the date thereof.

The Defendants were allowed three enlargement of time motions to file an answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answers or any defense which it might have had, upon affiant.

Defendants are not in the military service and are not infants or incompetents.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Terre Haute, IN on March 28, 2008.

Mark L. Neff

RECEIVED
APR 2 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon:

ALEXANDER D. SHOAIBI
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530

this 28th day of March, 2008.

_____
Mark L. Neff-Plaintiff