UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK L. NEFF, )
    Plaintiff pro se, )
                                    )
                                    )    C.A. No.: 07-1672 (RCL)
v.                                  )
                                    )
BUREAU OF PRISONS et al., )
    Defendants. )

## MOTION FOR DEFAULT JUDGMENT

Plaintiff moves this court for a judgment by default in this action, and show that the complaint in the above case was filed in this court on the 21st day of September, 2007; the summons and complaint were duly served on the Defendants; no answer or other defense has been filed by the Defendants; default was entered in the civil docket in the office of this clerk on the __ day of _____, 2008; no proceedings have been taken by the Defendants since the default was entered; Defendants were not in the military service and are not infants or incompetents as appears in the declaration of Mark L. Neff submitted herewith.

Wherefore, plaintiff moves that this court make and enter a judgement that was asked for in the complaint filed by the Plaintiff.

Dated: March 28th, 2008.

                                                   Mark L. Neff
                                                   09244-026
                                                   P.O. Box 33
                                                   Terre Haute, IN 47808

## RECEIVED

APR 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon:

ALEXANDER D. SHOAIBI
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530

this 28th day of March, 2008.

_____
Mark L. Neff - Plaintiff