UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK L. NEFF,

    Plaintiff,

        v.                                Civil Action No.  07-1672 (RCL)

BUREAU OF PRISONS *et al.*,

    Defendants.

## ORDER

Plaintiff is a prisoner proceeding *pro se* and *informa pauperis* on an action he brought under the Privacy Act.  The defendants filed a motion to dismiss, asserting that the Bureau of Prisons is exempt by federal regulation from the Privacy Act provisions upon which plaintiff relies.  An order issued advising the plaintiff of his obligation to respond by May 12, 2008 or risk dismissal of the action.  The plaintiff has not responded to the motion to dismiss and has not filed a motion for an extension of time in which to respond.  Rather, the plaintiff filed a motion to appoint counsel.  The Court will deny the plaintiff's motion for counsel, and will grant him additional time in which to respond to the complaint.  Plaintiff is reminded that failure to respond by the date set or to seek an extension of time in which to respond may result in the motion being granted as conceded.  Plaintiff is referred to the court's order dated April 8, 2008, a copy of which is enclosed for plaintiff's reference.

A plaintiff in a civil case does not have an absolute constitutional or statutory right to court-appointed counsel. *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981).  When leave has been granted pursuant to 28 U.S.C. § 1915 for a *pro se* plaintiff to proceed *in forma pauperis*, the judge presiding over the case may appoint an attorney from the Civil Pro Bono Panel to represent

him.  LCvR 83.11(b)(3).  The appointment should be made taking into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel.  *Id.*  Upon consideration of plaintiff's motion to appoint counsel, and in light of the considerations prescribed by the Local Civil Rules, it is hereby

ORDERED that plaintiff's motion for a court-appointed attorney [Dkt. # 21] is DENIED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that plaintiff has until August 15, 2008 to respond to the defendants' motion to dismiss.

DATE:  July 2, 2008

/s/
ROYCE C. LAMBERTH
United States District Judge

COPY OF THIS ORDER AND COPY OF ORDER AT DKT. #20 TO:

**MARK L. NEFF**
R09244-026
TERRE HAUTE
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808