UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK L. NEFF, )
    Plaintiff, )
)
v. ) Civil Action No. 07-1672(RCL)
)
BUREAU OF PRISONS ET AL., )
    Defendants. )

**MOTION FOR APPOINTMENT OF COUNSEL**

Pursuant to 28 U.S.C. §1915(e)(1), plaintiff moves for appointment of counsel, and, in support of this motion states the following:

1. Plaintiff has been incarcerated since April 25, 1991, and is unable to hire counsel. Plaintiff was granted to proceed in this case in forma pauperis status.

2. Plaintiff is not trained in the art of legalese. The defendants have been appointed trained and competent counsel for their representation and plaintiff is unfairly disadvantage due thereof.

3. If a trial is ultimatley held, plaintiff requests legal representation to conduct the case before the jury or judge because plaintiff is not license to practice law and counsel would better enable plaintiff to present evidence and cross examine witnesses.

WHEREFORE, plaintiff requests the Court to appoint counsel in the interest of justice. Sworn to under penalty of perjury.

Dated this 23rd day of July, 2008.

*Mark L. Neff*
Mark L. Neff
09244-026
P.O. Box 33
Terre Haute, IN 47808

**RECEIVED**
JUL 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT