UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK L. NEFF, | ) |
| | ) |
|     Plaintiff pro se, | )   C. A. No.: 07-1672 (RCL) |
| | ) |
| v. | ) |
| | ) |
| BUREAU OF PRISONS, et al. | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |

**FIRST MOTION FOR ENLARGEMENT OF TIME TO FILE
REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

    Defendants Bureau of Prisons, Richard Carroll, Daniel Knappmeyer, Ms. Ray, R.V. Veach, Michael K. Nalley, and Harrell Watts, by counsel, move for a two week enlargement of time in which to file their reply to plaintiff's opposition to defendants' motion to dismiss. The requested enlargement is merited for the following reasons:

    1. Undersigned counsel has been working diligently on defendants' reply since receiving plaintiff's opposition, but, because of conflicting obligations in other matters and previously scheduled plans to be out of the office for the next week, will need an additional two weeks to finalize the reply.

    2. The requested two week enlargement of time for the filing of defendants' reply brief would be in the interests of justice and would not prejudice plaintiff pro se in this matter. Undersigned counsel was unable to contact plaintiff pro se to obtain his position on this first request for an enlargement to file a reply, because plaintiff pro se is presently incarcerated.

Wherefore, defendants move that they be allowed to file their reply to plaintiff's opposition to defendant's motion to dismiss on or before August 20, 2008.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

                                                        CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

    Mark Neff
    R09244-026
    P.O. Box 33
    Terre Haute, IN 47808


this 6th day of August, 2008.


                                                        _____//_____
                                                        ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK L. NEFF,** | ) |
| | ) |
|     **Plaintiff pro se,** | )   **C. A. No.: 07-1672 (RCL)** |
| | ) |
| v. | ) |
| | ) |
| **BUREAU OF PRISONS, et al.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## ORDER

**UPON CONSIDERATION** of defendants' first motion for enlargement of time to file their reply, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall file their reply to plaintiff's opposition to defendants' motion to dismiss on or before August 20, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.